```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY

------------------------------X
AMERICAN WATER WORKS COMPANY
INC.,
        Plaintiff,            Civil Action No. 11-1462WJM

v.
                              ORDER OF DISMISSAL
UTILITY WORKERS LOCAL 423,
et al,

        Defendants.
------------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 27th day of January, 2012

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.


                              s/William J. Martini
                              _____
                              WILLIAM J. MARTINI, U.S.D.J.