UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN WATER WORKS COMPANY, INC., | : HON. WILLIAM J. MARTINI, U.S.D.J. |
| Plaintiff, | : CASE NO. 11-CV-01462 |
| v. | : ORDER OF DISMISSAL |
| UTILITY WORKERS LOCAL 423, ET AL., | |
| Defendants. | |

Now before the Court is the parties' Stipulation of Dismissal with Prejudice. Accordingly, it is

ORDERED that Utility Workers Local 121 is dismissed with prejudice. Each party to bear their own costs and fees.

_____
William J. Martini
United States District Judge

Dated: Feb 9, 2012

11688994.1 (OGLETREE)